# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLIE TRAHAN | CIVIL ACTION |
| VERSUS | NO. 17-5472 |
| NYGARD NY RETAIL, LLC, | SECTION "S" (5) |
| ET AL. | |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss or, in the alternative, Rule 12(e) Motion for More Definite Statement (Doc. #16) is **DENIED** as moot.

Plaintiff filed a Second Amended Complaint (Doc. #17) that addresses the pleading deficiencies raised by defendants' motion. Moreover, plaintiff clarifies that her claim brought under the Louisiana Wage Payment Act, La. Rev. Stat. § 23:621, *et seq.*, concerns bonuses and payment of final wages due, not overtime wages. Thus, does not overlap with plaintiff's overtime payment claims made under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

New Orleans, Louisiana, this 22nd day of February, 2018.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**