| User | Client | Project | Description | Billable | Date | Time/10th |
|------|--------|---------|-------------|----------|------|-----------|
| **2017** | | | | | | |
| Kcb | Wage and Hour | Trahan, Cal | call with Callie Trahan | Y | 4/25/2017 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | emails from Ms. Trahan and review | Y | 4/26/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | call with Callie Trahan | Y | 4/28/2017 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | review of client emails | Y | 4/30/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | emails re prior FLSA violations | Y | 5/4/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review of 4 pay stubs from Ms. Trahan | Y | 5/5/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 5/10/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 5/10/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review of prior labor violations by Nygard and dowload o | Y | 5/12/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Callie Trahan | Y | 5/12/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 5/15/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | callie trahan complaint drafting | Y | 5/26/2017 | 4.3 |
| Kcb | Wage and Hour | Trahan, Cal | email complaint to client for review | Y | 5/26/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with trahan re complaint | Y | 5/30/2017 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | email from Trahan re complain | Y | 5/30/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Trahan re complaint | Y | 5/30/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | finishing and filing complaint | Y | 6/1/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | call with Abe Rubinfeld - Nygard | Y | 6/14/2017 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 6/15/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Abe re: offer to resolve | Y | 6/15/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email from client re discussion with Nygard | Y | 6/16/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | waiver filed for NY Nygard LLC | Y | 7/1/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with abe re waiver issues | Y | 7/17/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | f/u email to Abe Rubinfeld for response and additional fir | Y | 7/17/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email w Abe Rubinfeld | Y | 7/17/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Abe Rubinfeld with Nygard Inc waiver | Y | 7/18/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client | Y | 8/3/2017 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | listen to Abe Rubinfeld message | Y | 8/3/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Abe Rubinfeld | Y | 8/3/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client Trahan | Y | 8/3/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 8/4/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | another email to Nygard requesting time records for pay | Y | 8/9/2017 | 0.1 |

| Kcb | Wage and Hour | Trahan, Cal | email from Abe Rubinfeld noting HR issue and re requesti | Y | 8/10/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Mr. Rubinfeld | Y | 8/10/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from mr rubinfeld noting still waiting on ee records | Y | 8/18/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Mr. Rubinfeld | Y | 8/18/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Abe Rubinfeld with ee records | Y | 8/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client Trahan | Y | 8/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Abe Rubinfeld | Y | 8/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | hours review provided by defense | Y | 8/25/2017 | 1.1 |
| Kcb | Wage and Hour | Trahan, Cal | request for update to Abe Rubinfeld | Y | 10/16/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 10/19/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Abe Rubinfeld re missing ee records | Y | 10/19/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client Trahan | Y | 10/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client Trahan | Y | 10/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client Trahan | Y | 10/23/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | f/u email to 10/19 email to Abe Rubinfeld re missing ee r | Y | 10/23/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client Trahan | Y | 10/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Abe Rubinfeld with complete records for Ms. | Y | 10/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | schedule call emails with Abe Rubinfeld | Y | 10/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | forward records to client Trahan | Y | 10/25/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with Ms. Trahan | Y | 10/25/2017 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | prep and call with nygard | Y | 10/26/2017 | 1.6 |
| Kcb | Wage and Hour | Trahan, Cal | Order to prosecute and call w Nygard | Y | 11/6/2017 | 0.7 |
| Kcb | Wage and Hour | Trahan, Cal | filed waiver for Nygard Inc | Y | 11/6/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | courtesy email to Abe re Order to Show Cause by Court | Y | 11/6/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | suggestions to Abe Rubinfeld of local law firms | Y | 11/14/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Abe Rubinfeld | Y | 11/15/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Abe Rubinfeld | Y | 11/15/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | draft Response to Court's Order for Cause | Y | 11/20/2017 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | email to Alex Glaser | Y | 11/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Alex Glaser re Nygard representation Phelps [ | Y | 11/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Call with Alex Glaser re: Extensions Case, etc. | Y | 11/20/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | Review of Mtn for ext of time | Y | 11/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | file response to Court's Order for Cause | Y | 11/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Alex Glaser re time to meet on case | Y | 12/4/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Alex Glase re time to meet Dec. 15 | Y | 12/4/2017 | 0.1 |

| Kcb | Wage and Hour | Trahan, Cal | Nygard Answer filed - review | Y | 12/11/2017 | 0.1 |
|---|---|---|---|---|---|---|
| Kcb | Wage and Hour | Trahan, Cal | email from Alex Glaser re meeting time | Y | 12/14/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | meeting at Nygard's attorney office in New Orleans | Y | 12/15/2017 | 3.4 |
| Kcb | Wage and Hour | Trahan, Cal | call with Callie Trahan after meeting | Y | 12/15/2017 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | email reply to Alex re meeting | Y | 12/15/2017 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email to client Trahan | Y | 12/20/2017 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | amended complaint drafting collective action | Y | 12/26/2017 | 2.3 |
| **2018** | | | | Y | | |
| Kcb | Wage and Hour | Trahan, Cal | email to Alex Glaser | Y | 1/2/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | first amended complaint drafting | Y | 1/2/2018 | 4.1 |
| Kcb | Wage and Hour | Trahan, Cal | scheduling conference with court | Y | 1/11/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | call with Alex re: extension to answer | Y | 1/11/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review extension | Y | 1/11/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | receive review and file scheduling order from court efile | Y | 1/11/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email to glaser confirming and setting return date | Y | 1/25/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Glaser re: 26 disclosures - not waived | Y | 1/25/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | receipt and review of Nygards Rule 26 Disclosures | Y | 1/26/2018 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | receive efiled Mtn to Dismiss by Nygard and review | Y | 1/30/2018 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | email from Glaser re 26 disclosures | Y | 1/31/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email response to glaser re 26 disclosures | Y | 1/31/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | draft Rule 26 disclosures | Y | 1/31/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | draft Rule 26 disclosures to defense | Y | 2/6/2018 | 0.9 |
| Kcb | Wage and Hour | Trahan, Cal | drafting opposition to Mtn to dismiss | Y | 2/12/2018 | 1.9 |
| Kcb | Wage and Hour | Trahan, Cal | drafting 2nd amended complaint | Y | 2/13/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | drafting 2nd amended complaint | Y | 2/13/2018 | 3.2 |
| Kcb | Wage and Hour | Trahan, Cal | call with chambers re: Amended Complaint | Y | 2/19/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re amended complaint | Y | 2/19/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 2/22/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email rule 26 disclosures to Defense | Y | 2/26/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review consent mtn to extend time to answer 2nd compl | Y | 2/26/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Glaser re: Amended filing to chambers | Y | 2/27/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC re amendment to chambers | Y | 2/27/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | draft and amend unopposed amendment to chambers fo | Y | 2/27/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | email to chambers with amended filing attached (unoppo | Y | 2/27/2018 | 0.1 |

4

| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 4/3/2018 | 0.1 |
|---|---|---|---|---|---|---|
| Kcb | Wage and Hour | Trahan, Cal | call to client | Y | 4/4/2018 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | draft dismissal of collective action claims | Y | 4/4/2018 | 0.7 |
| Kcb | Wage and Hour | Trahan, Cal | call to Nygard re dismissal of collective action allegations | Y | 4/4/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email OC re amendment draft | Y | 4/4/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | drafting discovery to Nygard | Y | 4/5/2018 | 1.4 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC with discovery | Y | 4/6/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from chambers requesting PTCN date change | Y | 4/20/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | reply email to chambers re date change | Y | 4/20/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC requesting discovery extension | Y | 5/3/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | reply to OC agreeing to ext - due 21st | Y | 5/3/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re scheduling depos of 3 defense witnesses | Y | 5/3/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | meeting with OC Glaser | Y | 5/11/2018 | 1.7 |
| Kcb | Wage and Hour | Trahan, Cal | call with client | Y | 5/11/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | trahan detailed counter offer draft and email with cites | Y | 5/18/2018 | 3.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC passing on detailed offer to resolve | Y | 5/20/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call Judge North chambers to inquire as to July 11 far off | Y | 6/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | emailed OC regarding  outstanding discovery | Y | 6/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | received email stating no discovery and client unresponsi | Y | 6/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | received email confirming FRCP 37 and pending MTC | Y | 6/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | motion to compel drafting | Y | 6/21/2018 | 0.7 |
| Kcb | Wage and Hour | Trahan, Cal | motion to compel drafting | Y | 6/21/2018 | 0.9 |
| Kcb | Wage and Hour | Trahan, Cal | motion to compel drafting | Y | 6/21/2018 | 1.1 |
| Kcb | Wage and Hour | Trahan, Cal | motion to compel correction 37.1 | Y | 6/22/2018 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | disc responses received and review | Y | 6/29/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with OC regardingdiscovery and continuing Mtn to co | Y | 7/2/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review OC's motion to continue | Y | 7/2/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | send correspondence to OC to approve motion to contin | Y | 7/2/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | received filing of motion to continue - reviewed | Y | 7/3/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | read Order changing Oral Argument on MTC and schedul | Y | 7/5/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC requesting update on disc, depos, etc. | Y | 7/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review Nygard discovery responses | Y | 7/17/2018 | 0.6 |
| Kcb | Wage and Hour | Trahan, Cal | trahan review opposition filed by Nygard to MTC | Y | 7/17/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review Nygard discovery responses and docs | Y | 7/17/2018 | 0.7 |
| Kcb | Wage and Hour | Trahan, Cal | discovery order review req another 37.1 | Y | 7/20/2018 | 0.1 |

| Kcb | Wage and Hour | Trahan, Cal | trahan discovery review and deficiency drafting | Y | 8/3/2018 | 1.9 |
|-----|---------------|-------------|--------------------------------------------------|---|----------|-----|
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery review and deficiency drafting | Y | 8/7/2018 | 1.8 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery review and depo notices | Y | 8/8/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery and depo notices | Y | 8/8/2018 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery depo notice to Abe Rubinfeld | Y | 8/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery depo notice to David Payton | Y | 8/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery depo notice to Melissa Fuller | Y | 8/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery depo notice to Nygard 30b6 | Y | 8/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | emailing all notices to Defense set for September 6-7 | Y | 8/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | received supplemental RFP disc from Def - review | Y | 8/29/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | received supplemental ROG disc from Def - review | Y | 8/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | trahan discovery from Nygard | Y | 9/5/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | call with Alex Glaser for Nygard | Y | 9/5/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email to Glaser for Nygard deadline extension | Y | 9/5/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | joint motion to extend deadlines edits | Y | 9/6/2018 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | joint motion to extend deadline call with OC | Y | 9/6/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | joint motion to extend deadline email edits to OC | Y | 9/6/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email disc req from Def to client | Y | 9/7/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | discovery received from Defense review | Y | 9/7/2018 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 9/9/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client | Y | 9/10/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re conference | Y | 9/11/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | call to Judge North to set conference | Y | 9/12/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re conference dates to choose | Y | 9/12/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | emails w OC on conference | Y | 9/18/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with magistrate to reserve conference | Y | 9/18/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email confirmation of conference with OC | Y | 9/18/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | position paper and offer to defense | Y | 9/19/2018 | 1.1 |
| Kcb | Wage and Hour | Trahan, Cal | email confirmation of conference with OC | Y | 9/24/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | position paper and offer to defense cont. | Y | 10/8/2018 | 2.4 |
| Kcb | Wage and Hour | Trahan, Cal | prep for conference with judge North | Y | 10/10/2018 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | conference with judge North | Y | 10/11/2018 | 2 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re Paton depo | Y | 10/20/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | reply from OC re Paton depo | Y | 10/20/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | depo scheduling matters in toronto and 30b6 issues | Y | 10/22/2018 | 0.8 |

| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 10/30/2018 | 0.1 |
|-----|---------------|-------------|-------------------|---|------------|-----|
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call to OC re - depo scheduling in Canada | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | scheduling plane reservations for depo | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | deposition notice for David Paton Nov. 7 | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | deposition Notice Nygard 30b6 | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email Notices to OC for depos in Canada | Y | 10/30/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | depo research | Y | 10/30/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | call client | Y | 11/1/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC re discovery req | Y | 11/2/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 11/5/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 11/5/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | depo prep | Y | 11/5/2018 | 2.3 |
| Kcb | Wage and Hour | Trahan, Cal | depo prep | Y | 11/5/2018 | 3.7 |
| Kcb | Wage and Hour | Trahan, Cal | travel to canada | Y | 11/6/2018 | 5 |
| Kcb | Wage and Hour | Trahan, Cal | travel from canada | Y | 11/7/2018 | 5 |
| Kcb | Wage and Hour | Trahan, Cal | deposition in Canada with David Paton | Y | 11/7/2018 | 5 |
| Kcb | Wage and Hour | Trahan, Cal | depo review with records, disc and pleadings | Y | 11/8/2018 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | email from client | Y | 11/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to client | Y | 11/8/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client and drafting discovery responses | Y | 11/8/2018 | 10.1 |
| Kcb | Wage and Hour | Trahan, Cal | Client depo  call | Y | 11/8/2018 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client and drafting discovery responses | Y | 11/9/2018 | 5 |
| Kcb | Wage and Hour | Trahan, Cal | dillards research and ee's | Y | 11/10/2018 | 0.6 |
| Kcb | Wage and Hour | Trahan, Cal | draft second Rogs and RPDs | Y | 11/10/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email to Dillard's general counsel | Y | 11/16/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from dillard's GC | Y | 11/16/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to Dillard's GC to accept service | Y | 11/16/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client and drafting discovery responses | Y | 11/19/2018 | 2.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client | Y | 11/19/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | emails with OC re - depos and extensions | Y | 11/19/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with client and drafting discovery responses | Y | 11/19/2018 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | call with client and drafting discovery responses | Y | 11/19/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | subpoena research and drafting to dillards folks | Y | 11/20/2018 | 1.6 |
| Kcb | Wage and Hour | Trahan, Cal | email from Dillard's GC confirming to accept service | Y | 11/20/2018 | 0.1 |

| Kcb | Wage and Hour | Trahan, Cal email to OC re servoce of SDT | Y | 11/21/2018 | 0.1 |
|---|---|---|---|---|---|
| Kcb | Wage and Hour | Trahan, Cal Calls with client | Y | 11/21/2018 | 0.6 |
| Kcb | Wage and Hour | Trahan, Cal email to OCs | Y | 11/21/2018 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal email to Arkansas process server to serve Dillards | Y | 11/26/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email reply from Arkansas server on Dillards | Y | 11/26/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal call with Arkansas process server | Y | 11/26/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal discovery deficiencies | Y | 11/27/2018 | 2.4 |
| Kcb | Wage and Hour | Trahan, Cal email to Dillard's GC re service | Y | 11/28/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email reply from Dillard's GC re service of SDT | Y | 11/28/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal research re control of another's ees | Y | 11/28/2018 | 3.2 |
| Kcb | Wage and Hour | Trahan, Cal file return of SDT | Y | 11/28/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email re callie depo with OC | Y | 11/28/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email from OC with 2nd supp RFP and review | Y | 12/6/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email client | Y | 12/6/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal Depo prep with client | Y | 12/6/2018 | 3 |
| Kcb | Wage and Hour | Trahan, Cal Trahan depo and prep | Y | 12/7/2018 | 8.2 |
| Kcb | Wage and Hour | Trahan, Cal draft and efile witness and exhibit lists | Y | 12/7/2018 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal call with client | Y | 12/7/2018 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal Compile witness and exhibit list | Y | 12/7/2018 | 1.4 |
| Kcb | Wage and Hour | Trahan, Cal Overview discovery and email opposing counsel about ot | Y | 12/7/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal fuller depo prep | Y | 12/10/2018 | 5.5 |
| Kcb | Wage and Hour | Trahan, Cal review and research of Defendants delinquent witness ar | Y | 12/10/2018 | 1.4 |
| Kcb | Wage and Hour | Trahan, Cal depo cancelled from nygard for fuller reset and call client | Y | 12/12/2018 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal email from client re depo of Fuller | Y | 12/13/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email from OC re call on case | Y | 12/22/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal email reply to OC to set call | Y | 12/23/2018 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal call with Alex re case and settlement | Y | 12/24/2018 | 0.1 |
| **2019** | | | Y | | |
| Kcb | Wage and Hour | Trahan, Cal mtn in limine to exclude 30 + untimely file witnesses - res | Y | 1/3/2019 | 1.4 |
| Kcb | Wage and Hour | Trahan, Cal call with Alex re settlement | Y | 1/3/2019 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal billing records compilation for Defense | Y | 1/3/2019 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal call with Callie re: settlement | Y | 1/3/2019 | 0.7 |
| Kcb | Wage and Hour | Trahan, Cal billing records compilation for Defense | Y | 1/3/2019 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal mtn in limine to exclude 30 + untimely file witnesses - res | Y | 1/4/2019 | 1.2 |

| Kcb | Wage and Hour | Trahan, Cal | email to OC with billing statement to date | Y | 1/4/2019 | 0.1 |
|-----|---------------|-------------|--------------------------------------------|---|----------|-----|
| Kcb | Wage and Hour | Trahan, Cal | email from OC re billing statement to date | Y | 1/4/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC requesting call | Y | 1/4/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call with OC re settlement | Y | 1/4/2019 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | drafting Mtn in Limine | Y | 1/4/2019 | 0.9 |
| Kcb | Wage and Hour | Trahan, Cal | drafting Mtn in Limine | Y | 1/4/2019 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | drafting Mtn in Limine | Y | 1/7/2019 | 0.9 |
| Kcb | Wage and Hour | Trahan, Cal | Call to client regarding affidavit | Y | 1/7/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Call to client regarding affidavit | Y | 1/7/2019 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | Call with witness Broussard VM was full so no message le | Y | 1/7/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | drafting Mtn in Limine | Y | 1/7/2019 | 7.4 |
| Kcb | Wage and Hour | Trahan, Cal | filing Mtn in Limine | Y | 1/8/2019 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | filing Mtn in Limine EXPEDITED CONSIDERATION | Y | 1/8/2019 | 0.5 |
| Kcb | Wage and Hour | Trahan, Cal | Settle email to client | Y | 1/8/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Settle email from oc | Y | 1/8/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Settle email discussion with client | Y | 1/8/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Settle email to OC | Y | 1/8/2019 | 0.4 |
| Kcb | Wage and Hour | Trahan, Cal | call to Judge North to set conference | Y | 1/9/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call to OC re conference and offer for Ms. Trahan | Y | 1/9/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call from North re appearance of counsel | Y | 1/9/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call to OC re need for appearance and dates | Y | 1/9/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | detailed email to OC re offer and Paton depo review | Y | 1/9/2019 | 1.4 |
| Kcb | Wage and Hour | Trahan, Cal | Call with client | Y | 1/10/2019 | 1 |
| Kcb | Wage and Hour | Trahan, Cal | 2nd motion to comel | Y | 1/15/2019 | 1.6 |
| Kcb | Wage and Hour | Trahan, Cal | filing 2nd motion to comel | Y | 1/15/2019 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | drafting Mtn in Limine | Y | 1/21/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call court to advise of settlement | Y | 1/22/2019 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | settlement agreement | Y | 1/22/2019 | 0.6 |
| Kcb | Wage and Hour | Trahan, Cal | settlement agreement | Y | 1/22/2019 | 1.7 |
| Kcb | Wage and Hour | Trahan, Cal | email reply to SHA and attach settlement agreement | Y | 1/22/2019 | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | order received from judge north on MTC moot | Y | 1/22/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to judge north as requested by chambers | Y | 1/22/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | Call from judge north re conference | Y | 1/23/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re conference | Y | 1/23/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email from OC re conference and conflicts | Y | 1/23/2019 | 0.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kcb | Wage and Hour | Trahan, Cal | call to chambers to schedule conference on 21st | Y | 1/23/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re settlement docs | Y | 1/30/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re settlement and withholding | Y | 1/30/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call to OC re conference tomorrow | Y | 2/20/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | email to OC re conference tomorrow | Y | 2/20/2019 | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review abe edits | Y | 2/28/2019 | 0.3 |
| Kcb | Wage and Hour | Trahan, Cal | prep docs and mag conference | Y | 4/11/2019 | 3.1 |
| Kcb | Wage and Hour | Trahan, Cal | email OC re settlement docs | Y | | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | review settlement docs | Y | | 0.2 |
| Kcb | Wage and Hour | Trahan, Cal | email OC re approve settlement docs | Y | | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | call w OC re settlement docs and date on Order | Y | | 0.1 |
| Kcb | Wage and Hour | Trahan, Cal | draft and email oc and magistrate re order | Y | | 0.3 |
| | | | email from OC re fees | | | 0.1 |
| | | | drafting declaration and motion for atty fees | | | 3.4 |
| | | | | | Total Hours Owed | **178.1** |