UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALLIE TRAHAN | CIVIL ACTION |
| VERSUS | NUMBER: 17-5472 |
| NYGARD NY RETAIL, LLC, ET AL. | SECTION: "F"(5) |

## ORDER SCHEDULING STATUS CONFERENCE

A status conference in the above matter will be held on August 6, 2019 at 2:00 p.m. before Magistrate Judge Michael B. North, Room B419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 1st day of August, 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE